(Reap. Dec. 9810)

NATIONAL CARLOADING CORP. *v.* UNITED STATES

Entry No. 832041, etc.

(Decided October 14, 1960)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

RAO, Judge: The appeals for reappraisement listed on the schedule, hereto annexed and made a part hereof, have been submitted for decision upon the following stipulation:

IT IS STIPULATED AND AGREED by and between the respective parties hereto, subject to the approval of the Court, that the export value of the merchandise embraced by the Appeals to Reappraisement enumerated on the schedule attached hereto and made a part hereof at the time of exportation to the United States at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantity and in the ordinary course of trade for export to the United States, including the cost of all containers and coverings of whatever nature and all other expenses incident to placing the merchandise in condition packed ready for shipment to the United States was the invoice unit values less 23.4 per centum net packed.

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for merchandise such or similar to the merchandise herein at the time of exportation thereof.

IT IS FURTHER STIPULATED AND AGREED that the Appeals to Reappraisement enumerated on the schedule attached hereto and made a part hereof be submitted on the foregoing stipulation.

Upon the agreed facts, I find export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were the invoice unit values, less 23.4 per centum net packed.

Judgment will be entered accordingly.